GOODIN, MACBRIDE,
SQUERI & DAY, LLP
Robert A. Goodin, Bar No. 061302
rgoodin@goodinmacbride.com
Francine T. Radford, Bar No. 168269
fradford@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:   (415) 392-7900
Facsimile:   (415) 398-4321

Attorneys for Defendant
JOAO GENTIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MUSE BRANDS, LLC, a Delaware Corporation, RAIMUNDO FAVACHO, an individual, PATRICIA EBNER, an individual, LO BRAZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JOAO GENTIL, an individual,<br><br>Defendant. | Case No. C 15-01744 JSC<br><br>**REQUEST FOR DISMISSAL** |

CASE NO. C 15-01744 JSC

REQUEST FOR DISMISSAL

The parties to the above-entitled action hereby request dismissal of the action in its entirety, with prejudice, with the Court to retain jurisdiction to enforce the terms of their settlement agreement, attached hereto as Exhibit A.

Dated: January 7, 2016

GOODIN, MACBRIDE, SQUERI & DAY, LLP
Robert A. Goodin
Francine T. Radford

By:/s/Robert A. Goodin
Robert A. Goodin
Attorneys for Defendant
JOAO GENTIL, an individual

Dated: January 7, 2016

CARTER CARTER FRIES & GRUNSCHLAG
Brian M. Carter
Michelle Q. Carter

By:/s/Brian M. Carter
Brian M. Carter
Attorneys for Plaintiffs
MUSE BRANDS, LLC, a Delaware Corporation, RAIMUNDO FAVACHO, an individual, PATRICIA EBNER, an individual, LO BRAZ, an individual

IT IS SO ORDERED.

DATED: January 8, 2016

_____
The Honorable Jacqueline Scott Corley
United States Magistrate Judge

- 1 -                                         CASE NO. C 15-01744 JSC
REQUEST FOR DISMISSAL